IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Malibu Media LLC | ) | Case No: 14 C 1141 |
| | ) | |
| v. | ) | Judge: John W. Darrah |
| | ) | |
| Doe, subscriber assigned | ) | |
| IP address 50.158.111.136 | ) | |

## ORDER

Status hearing and ruling on motion hearing held. Plaintiff's motion for default is granted [17]. Enter order. Status hearing set for 11/20/14 at 9:30 a.m.

(T:) 00:05

Date: 10/2/14 /s/ Judge John W. Darrah