MA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                              Civil Action No. 1:14-cv-01141

DAVID SMITH,

    Defendant.
                           /

## ORDER OF DEFAULT

It appearing that the Complaint was filed in this case on February 17, 2014; that the Amended Complaint was filed on May 16, 2014; and that the summons and Amended Complaint were duly served upon Defendant, David Smith, on May 28, 2014, and no answer or other pleadings have been filed by said Defendant as required by law;

Therefore, upon request of the Plaintiff, default is hereby entered against the Defendant David Smith as provided in Rule 55(a), Federal Rules of Civil procedure.

By: _____
                    Judge

10-2-14